# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Norma Ayon Valenzuela,<br>a.k.a.: Norma Ayon-Valenzuela,<br>a.k.a.: Heribertha Chavez Rodriguez,<br>(A079 654 600)<br>*Defendant* | Case No. 17-397 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 25, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Norma Ayon Valenzuela, an alien, was found in the United States of America at or near Glendale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Douglas, Arizona, on or about April 1, 2002, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Sean K. Lokey

☒ Continued on the attached sheet.

*Complainant's signature*

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 26, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 25, 2017, while following a lead from the Maricopa County Adult Probation Department, the Phoenix ICE Fugitive Operations Team (FOT) arrested Norma Ayon Valenzuela at the Maricopa County Adult Probation Department, in Glendale, Arizona. At the scene, ICE officers with the FOT interviewed Ayon Valenzuela and determined her to be a citizen of Mexico, illegally present in the United States. On the same date, Ayon Valenzuela was transported to the Phoenix ICE office for further investigation and processing. Ayon Valenzuela was held in administrative custody until her criminal and immigration records could be obtained and her identity confirmed.

3. Immigration history checks revealed Norma Ayon Valenzuela to be a citizen of Mexico and a previously deported criminal alien. Ayon Valenzuela was removed from the United States to Mexico through Douglas, Arizona, on or about April 1, 2002, pursuant to an order of removal issued by an immigration official. There is no record of Ayon Valenzuela in any Department of Homeland Security database to suggest that she obtained permission from the Secretary of the Department of

Homeland Security to return to the United States after her removal. Ayon Valenzuela's immigration history was matched to her by electronic fingerprint comparison.

4. On September 25, 2017, Norma Ayon Valenzuela was advised of her constitutional rights. Ayon Valenzuela freely and willingly acknowledged her rights and declined to make any further statement.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about September 25, 2017, Norma Ayon Valenzuela, an alien, was found in the United States of America at or near Glendale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Douglas, Arizona, on or about April 1, 2002, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 26th day of September, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge